**Petition Granted and Order filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00013-CV

---

**EXXONMOBIL CORPORATION, Appellant**

**V.**

**EFRAIN FLORES-RODRIGUEZ, FELIPE LOPEZ, AND FEDENCIO ROJAS, Appellees**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2019-52989**

---

### ORDER

Appellant ExxonMobil Corporation filed a petition for permissive interlocutory appeal pursuant to Texas Civil Practices and Remedies Code section 51.014(f). *See* Tex. Civ. Prac. & Rem. Code § 51.014(f); *see also* Tex. R. App. P. 28.3. The petition is granted. The notice of appeal is deemed to have been filed as

of the date of this order. Tex. R. App. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id.* The appellate record is due ten days from the date of this notice. A copy of this order shall be filed with the trial court clerk for the 295th District Court of Harris County, Texas.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.